UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ISAAC REID, et al.,

                      Plaintiffs,

        - v -

SUPERSHUTTLE INTERNATIONAL, INC., et al.,

                      Defendants.
-----------------------------------------------------------x

**MEMORANDUM AND ORDER**

CV-08-4854 (JG)(VVP)

       The parties have submitted a Stipulation and Order Governing the Treatment of Confident Material for execution by the court. The Stipulation is a revision of a prior Stipulation the court declined to enter because it gave unlimited discretion to counsel and the parties to designate any documents and other information to be subject to the order without making a showing of good cause as required by Rule 26(c) of the Federal Rules of Civil Procedure. See Mem. and Order, Feb. 17, 2009. Although the revised Stipulation continues to suffer from the same defect, the court has made modifications on page 2 of the Stipulation to remedy its overbreadth, and has entered the Stipulation as an order of the court in its modified form. As is clear from the court's modifications, the Stipulation permits the parties to seek approval from the court to designate additional documents for protection under the Stipulation and Order upon an appropriate showing of good cause.

                                                         **SO ORDERED:**

                                                      *Viktor V. Pohorelsky*
                                                      VIKTOR V. POHORELSKY
                                                      United States Magistrate Judge

Dated:       Brooklyn, New York
               March 20, 2009