| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |
| ISAAC REID, CLEMENT GREEN, ROBERT B. WALKER, LIONEL SINGH, KEITH CLARKE, IBRAHIMA BAH, MAMADOU WAGUE, MARIE W. DASNEY, ORVILLE HARRIS, GREGORY MORGAN, TREVOR FRANCIS, EVERTON WELSH, FRANK TAYLOR, SEYMOUR LEWIS, AND JOHANN RAMIREZ on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    - versus -<br><br>SUPERSHUTTLE INTERNATIONAL, INC., SUPERSHUTTLE FRANCHISE CORPORATION, VEOLIA TRANSPORTATION SERVICES, INC., d.b.a. SUPERSHUTTLE, SHUTTLE ASSOCIATES, LLC.,<br><br>        Defendants. | **ORDER AWARDING EXPENSES AND ATTORNEYS' FEES**<br><br>08-CV-4854 (JG)(VVP) |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

  1. Defendants shall pay Harwood Feffer LLP and Gangemi Law Firm, P.C. their expenses and attorneys' fees in the amount of $394,500.00.

  2. The Court reserves exclusive and continuing jurisdiction over the Lawsuit, the Settlement Class Representatives, the Settlement Class and Defendants for the purposes of supervising the implementation, enforcement, construction, administration and interpretation of the Settlement Agreement and this Order.

So ordered.

John Gleeson, U.S.D.J.

Dated: August 10, 2012
	Brooklyn, New York